UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAUTICAL SOLUTIONS
MARKETING, INC. f/k/a
EBOATING MARKETING
GROUP, INC., a
Florida corporation,

    Plaintiff,

vs.                                  CASE NO.:   8:02-CV-760-T-23-TGW

BOATS.COM, a Delaware
corporation,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Nautical Solutions Marketing, Inc. f/k/a Eboating Marketing Group, Inc. ("Nautical" or "Plaintiff"), by and through its undersigned counsel hereby moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for entry of summary judgment in its favor on Count I of the Amended Complaint based on the following grounds:

1. Plaintiff's conduct regarding the Defendant's web site, YachtWorld.com, has not violated the Copyright Act, 17 U.S.C. § 201 *et seq.* Material copied from the web site either is not copyrightable as a matter of law or was copied with the permission of the owner of the material. Plaintiff is therefore entitled to a declaratory judgment pursuant to 28 U.S.C. § 2201 that Nautical Solutions has not infringed any copyrights.

2. Plaintiff's access to Defendant's web site does not violate the terms and conditions of use of the YachtWorld.com web site and does not amount to a trespass. Plaintiff, therefore, is



entitled to a declaratory judgment pursuant to 28 U.S.C. § 2201 that Nautical Solutions has not accessed Defendant's web site in violation of the terms and conditions of use of the web site.

The facts and authority upon which this motion is based are set forth more fully in the Plaintiff's Statement of Material Undisputed Facts and Memorandum of Law in Support of its Motion for Summary Judgment, each of which are filed contemporaneously herewith.

### REQUEST FOR ORAL ARGUMENT

The Plaintiff believes that oral argument may assist the Court in the disposition of this motion, and therefore requests oral argument.

Dated: August 29, 2003                    Respectfully submitted,

                                          NAUTICAL SOLUTIONS MARKETING, INC.

                                          _____
                                          G. Donovan Conwell, Jr.
                                          Florida Bar Number 371319
                                          FOWLER WHITE BOGGS BANKER, P.A.
                                          501 East Kennedy Boulevard
                                          Post Office Box 1438
                                          Tampa, Florida 33601
                                          813/228-7411 - telephone
                                          813/229-8313 - facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been furnished by United States mail this 29th day of August, 2003 upon Anne Mason, Esq., Mason Law, 17757 U.S. Hwy. 19 North, Mangrove Bay, Suite 500, Clearwater, FL 33764.

_____
Attorney