FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

03 OCT 24 PM 2: 17

COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

NAUTICAL SOLUTIONS MARKETING,
INC. f/k/a EBOATING MARKETING
GROUP, INC.,

    Plaintiff,

v.                                                            Case No. 8:02-cv-760-T-23TGW

BOATS.COM,

    Defendant.
_____/

**ORDER**

The plaintiff moves for summary judgment (Doc. 74), and the defendant opposes the motion (Doc. 128). Upon careful consideration of the parties' papers and supporting documents, the motion for summary judgment (Doc. 74) is **DENIED**.

The exclusion of evidence under the Federal Rules of Evidence typically occurs at trial, so that pertinent determinations occur in the context of the actual (rather than anticipated) proceedings. See, e.g., Roberts v. Charter Nat'l Life Ins. Co., 105 F.R.D. 492 (S.D. Fla. 1985). Accordingly, the defendant's motion to strike two experts and to preclude the experts from testifying at trial (Doc. 109) and the defendant's motion to strike the supplemental report and testimony of the plaintiff's proposed expert Drakeford (Doc. 159) are **DENIED WITHOUT PREJUDICE**. The parties may reassert the arguments contained in this motion at the appropriate stage of trial.

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff's motion to strike expert witnesses (Doc. 111), the plaintiff's motion to strike documents not produced in discovery (Doc. 117) and the defendant's motion for leave to file additional exhibits and a

162

supplemental expert report (Doc. 123) are **REFERRED** to United States Magistrate Judge Thomas G. Wilson for disposition.

Upon consideration, the plaintiff's motion for sanctions (Doc. 62), which the defendant opposes (Doc. 72), is **DENIED**.

ORDERED in Tampa, Florida, on October 24th, 2003.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge

F I L E   C O P Y

Date Printed: 10/27/2003

Notice sent to:

   ___   George Donovan Conwell Jr., Esq.
          Fowler White Boggs Banker, P.A.
          501 E. Kennedy Blvd.
          P.O. Box 1438
          Tampa, FL  33601-1438

          8:02-cv-00760    jlg

   ___   Gayle Wrede Kirkpatrick, Esq.
          Fowler White Boggs Banker, P.A.
          501 E. Kennedy Blvd.
          P.O. Box 1438
          Tampa, FL  33601-1438

          8:02-cv-00760    jlg

   ___   Scott D. Baker, Esq.
          Crosby, Heafey, Roach & May
          Four Embarcadero Center, 19th Fl.
          P.O. Box 7936
          San Francisco, CA  94111

          8:02-cv-00760    jlg

   ___   Anne S. Mason, Esq.
          Mason Law, P.A.
          Mangrove Bay
          17757 U.S. Hwy. 19, N. Suite 500
          Clearwater, FL  33764-6566

          8:02-cv-00760    jlg